FILED
AUG 3 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William C. McCurine)

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>Ramon AGUILAR Queen,<br><br>   Defendant. | ) Crim Case No. 07 CR 1514<br>) Mag. Case No. 07 MJ 1237<br>)<br>) ORDER EXONERATING<br>) MATERIAL WITNESS BOND<br>)<br>)<br>)<br>) |
|---|---|

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond which secured the presence of Material Witness Paola Hernendez-Tapia be exonerated.

IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00 held in the Registry of the Court to the Surety. The name and current address of the surety is: Miguel Aparicio-Aguilar, 9 Redbud, Rancho Santa Margarita, California. 92688.

SSN: :XXX-XX -4929.

DATED: 8/31/07

_[signature]_
The Honorable William C. McCurine
United States Magistrate Judge